UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL J. HICKS, | No. 2:19-cv-2424 MCE CKD P |
| Plaintiff, | |
| v. | ORDER |
| MARK DAVIS, et al., | |
| Defendants. | |

On May 26, 2020, the court stayed this action and referred it to the court's post-screening ADR project. Defendants Davis and Abdur-Rahman have filed a motion asking to opt out of the ADR project and that this matter proceed. Good cause appearing, IT IS HERBY ORDERED that:

1. Defendants' motion to opt out of the court's post screening ADR project (ECF No. 26) is granted.

2. The stay imposed in this action on May 26, 2020 is lifted.

3. Defendants shall file their response to plaintiff's complaint within 30 days. Defendants are informed that if their response includes a motion to revoke plaintiff's in forma pauperis status, the motion should include good faith argument, to the extent one can be made, that plaintiff has not adequately alleged that at the time of the filing of his complaint he was in "imminent danger

/////

1

of serious physical injury." Any such argument should focus on the last paragraph of plaintiff's complaint.

Dated: June 16, 2020

_/s/ Carolyn K. Delaney_
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1
hick2424.oo

2